Debtor 1     George Michael Slater
Debtor 2     Lisa Marie Slater

United States Bankruptcy Court for the:   Southern District of Ohio, Dayton Division      District of     OH
                                                                                                          (State)

Case Number    14-33800

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:**                                              **Court claim no. (if known):**   8-1
**US Bank Trust National Association as trustee of the Chalet Series III Trust**

                                                                   **Date of payment change:**       09/01/2018
                                                                   Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account:   3991   **New total payment:**   $1,050.41
                                                                                      Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
         **Current escrow payment:**   $263.03   **New escrow payment:**   $256.46

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
         **Current interest rate:**                       **New interest rate:**
         **Current principal and interest payment:**     **New principal and interest payment:**

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

         Reason for change: _____
         **Current mortgage payment:**        **New mortgage payment:**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Elizabeth Lewis                                                                 Date    8/11/18
Signature

| | | | |
|---|---|---|---|
| **Print** | Elizabeth Lewis | Title | Bankruptcy Case Manager |
| Company | Shellpoint Mortgage Servicing | | |
| Address | PO Box 10826 | | |
| | Greenville | SC | 29603-0826 |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com |

Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC  29601
For Inquiries:  (800) 365-7107

| | |
|---|---|
| Analysis Date: | July 12, 2018 |
| Loan: | |

GEORGE M SLATER
6248 Fireside Dr
Mason OH  45040

Property Address:
6248 Fireside Dr
Mason, OH  45040

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Sep 01, 2018 | Prior Esc Pmt | March 01, 2018 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $793.95 | $793.95 | P & I Pmt: | $793.95 | Due Date: | Jul 01, 2018 |
| Escrow Pmt: | $263.03 | $256.46 | Escrow Pmt: | $263.03 | Escrow Balance: | $764.37 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $526.06 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $1,056.98 | $1,050.41 | Total Payment: | $1,056.98 | Anticipated Escrow Balance: | $1,290.43 |

| Shortage/Overage Information | Effective Sep 01, 2018 |
|---|---|
| Upcoming Total Annual Bills | $3,077.50 |
| Required Cushion | $512.92 |
| Required Starting Balance | $769.36 |
| Escrow Shortage | $0.00 |
| Surplus | $521.07 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $512.92. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below $512.92 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Oct 2017 to Aug 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | $1,052.17 | ($915.08) |
| Oct 2017 | $263.03 | $531.04 | | | * | $1,315.20 | ($384.04) |
| Nov 2017 | $263.03 | $531.04 | | | * | $1,578.23 | $147.00 |
| Dec 2017 | $263.03 | $1,062.08 | | | * | $1,841.26 | $1,209.08 |
| Jan 2018 | $263.03 | $265.52 | | | * | $2,104.29 | $1,474.60 |
| Jan 2018 | | | | $1,113.75 | * County Tax | $2,104.29 | $360.85 |
| Feb 2018 | $263.03 | $263.03 | $1,147.20 | | * County Tax | $1,220.12 | $623.88 |
| Feb 2018 | | | | $850.00 | * Hazard | $1,220.12 | ($226.12) |
| Mar 2018 | $263.03 | $526.06 | $862.00 | | * Hazard | $621.15 | $299.94 |
| Apr 2018 | $263.03 | $263.03 | | | | $884.18 | $562.97 |
| May 2018 | $263.03 | $263.03 | | | | $1,147.21 | $826.00 |
| Jun 2018 | $263.03 | $526.06 | | | * | $1,410.24 | $1,352.06 |
| Jun 2018 | | | | $1,113.75 | * County Tax | $1,410.24 | $238.31 |
| Jul 2018 | $263.03 | $526.06 | $1,147.20 | | * County Tax | $526.07 | $764.37 |
| Aug 2018 | $263.03 | | | | * | $789.10 | $764.37 |
| | | | | | Anticipated Transactions | $789.10 | $764.37 |
| Jul 2018 | | $263.03 P | | | | | $1,027.40 |
| Aug 2018 | | $263.03 P | | | | | $1,290.43 |
| | $2,893.33 | $5,283.01 | $3,156.40 | $3,077.50 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Final

| | | Analysis Date: | | July 12, 2018 |
| --- | --- | --- | --- | --- |
| | | Loan: | | |

**Annual Escrow Account Disclosure Statement - Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | $1,290.43 | $769.36 |
| Sep 2018 | $256.46 | | | $1,546.89 | $1,025.82 |
| Oct 2018 | $256.46 | | | $1,803.35 | $1,282.28 |
| Nov 2018 | $256.46 | | | $2,059.81 | $1,538.74 |
| Dec 2018 | $256.46 | | | $2,316.27 | $1,795.20 |
| Jan 2019 | $256.46 | | | $2,572.73 | $2,051.66 |
| Feb 2019 | $256.46 | $1,113.75 | County Tax | $1,715.44 | $1,194.37 |
| Mar 2019 | $256.46 | $850.00 | Hazard | $1,121.90 | $600.83 |
| Apr 2019 | $256.46 | | | $1,378.36 | $857.29 |
| May 2019 | $256.46 | | | $1,634.82 | $1,113.75 |
| Jun 2019 | $256.46 | | | $1,891.28 | $1,370.21 |
| Jul 2019 | $256.46 | $1,113.75 | County Tax | $1,033.99 | $512.92 |
| Aug 2019 | $256.46 | | | $1,290.45 | $769.38 |
| | $3,077.52 | $3,077.50 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,290.43.  Your starting
balance (escrow balance required) according to this analysis should be $769.36.

We anticipate the total of your coming year bills to be $3,077.50.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
| --- | --- |
| Unadjusted Escrow Payment | $256.46 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $256.46 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC 29603-0826 | Phone Number: (800) 365-7107<br>Fax: (866) 467-1137<br>Email: mtgbk@shellpointmtg.com |

RE: Debtor 1    George Michael Slater
      Debtor 2    Lisa Marie Slater

Case No:    14-33800

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  **8/11/18.**

Southern District of Ohio, Dayton Division
120 West Third Street
Dayton, OH  45402-1819


Jeffrey M Kellner
131 N Ludlow St
Suite 900
Dayton, OH  45402


Harold   Jarnicki
576 Mound Court Ste B
Lebanon, OH  45036-


George Michael Slater
Lisa Marie Slater
6248 Fireside Dr
Mason OH  45040


/s/ Elizabeth Lewis